UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHANNON ZIMMERLY,<br><br>Petitioner,<br><br>v.<br><br>KEITH SWANK,<br><br>Respondent. | Case No. 3:26-cv-05102-LK-TLF<br><br>ORDER DIRECTING RESPONSE TO MOTION TO AMEND AND RE-NOTING ANSWER |

Petitioner has filed a document titled "Verified Supplemental Petition for Writ of Habeas Corpus Pursuant to FRCP 15." Dkt. 18.

When a petitioner files a new petition in federal district court while they have another petition pending, the district court interprets the new petition as a motion to amend the first-filed petition. *See, Goodrum v. Busby,* 824 F.3d 1188, 1192 (9th Cir. 2016) (citing *Woods v. Carey,* 525 F.3d 886, 887-890 (9th Cir. 2008)).

At this point in the action petitioner may only file an amended or supplemental petition with leave of the Court or with the written consent of the opposing party. *See* FRCP 15(a). Accordingly, the Court construes petitioner's filing (Dkt. 18) as a motion to amend the petition.

"The Civil Rule governing pleading amendments, Federal Rule of Civil Procedure 15, [is] made applicable to habeas proceedings by § 2242, Federal Rule of Civil Procedure 81(a)(2), and Habeas Corpus Rule 11[.]" *Mayle v. Felix*, 545 U.S. 644, 655

(2005). A petitioner may seek to amend their pleadings with "leave of court" at any point during a proceeding. Fed. R. Civ. P. 15(a)(2). Leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a)(2). "In assessing whether leave to amend is proper, courts consider 'the presence or absence of undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies by previous amendments, undue prejudice to the opposing party and futility of the proposed amendment.' " *Kroessler v. CVS Health Corp.*, 977 F.3d 803, 814–15 (9th Cir. 2020) (quoting *Moore v. Kayport Package Exp., Inc.*, 885 F.2d 531, 538 (9th Cir. 1989)).

The Court hereby ORDERS:

(1) The Court construes petitioner's filing (Dkt. 18) as a motion to amend the petition.

(2) Respondents are directed to respond to the motion to amend the petition (Dkt. 18) by **November 24, 2026**. Petitioner may file a reply by **December 7, 2026**.

(3) The Clerk is directed to note the motion to amend (Dkt. 18) for **December 7, 2026**. The Clerk is further directed to re-note the answer to the petition (Dkt. 8) to **December 7, 2026**.

(4) The Clerk shall provide a copy of this Order to the parties.

Dated this 9th day of November, 2026.



Theresa L. Fricke
United States Magistrate Judge